UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKUR CARRASQUILLO,

                        Plaintiff,

            -against-

STATE OF NEW YORK, ET AL.,

                        Defendants.

25 CIVIL 08144 (LLS)

CIVIL JUDGMENT

For the reasons stated in the February 18, 2026, order, this action is dismissed.

SO ORDERED.

Dated:    April 6, 2026

        New York, New York

                                /s/ Louis L. Stanton
                                LOUIS L. STANTON
                                United States District Judge